IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CV-43-FL

| | |
|---|---|
| JEFFREY TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant | |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that she does not oppose the Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision and remands, under sentence four of 42 U.S.C. § 405(g), the case to the Commissioner for further proceedings to allow the Defendant to further evaluate the opinion from Plaintiff's treating source, further evaluate Plaintiff's credibility, and reassess Plaintiff's residual functional capacity. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. SO ORDERED this 1st day of October, 2011 .

_____
LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT COURT