UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

| | | |
|---|---|---|
| JEFFREY TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | No. 4:11-CV-43-FL |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant's Motion to Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on October 3, 2011, that defendant's Motion to Remand is granted, and the court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g).  The cause is remanded to the Commissioner for further proceedings as more particularly described in this court's order.

<u>**This Judgment Filed and Entered on October 4, 2011, and Copies To:**</u>

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)

October 4, 2011                    DENNIS P. IAVARONE, CLERK
                                    _ /s/ Christa N. Baker_____
                                    (By) Christa N. Baker, Deputy Clerk