IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CV-43-FL

| | | |
|---|---|---|
| JEFFREY TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb, regarding motion of counsel for plaintiff seeking recovery of attorney fees in accordance with the Social Security Act, 42 U.S.C. §§ 206(B) and 406(b). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is ALLOWED, as set forth in the M&R. Defendant is directed to release the sum of $15,801.50 to counsel for plaintiff as attorney fees for services rendered before this court. Counsel for plaintiff is directed to refund to plaintiff $2,413.09 in Equal Access to Justice Act fees. The clerk of court is directed to close the case.

SO ORDERED, this the 3rd day of April, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge